1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  MARY ASHLEY WHEELER,                    1:09-cv-00746 WMW (HC)

12                                          ORDER TRANSFERRING CASE TO THE
                                            UNITED STATES DISTRICT COURT FOR
13                 Petitioner,              THE CENTRAL DISTRICT OF
                                            CALIFORNIA
14  vs.

15  TINA HORNBECK,

16                 Respondent.

17  _____/

18

19        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

20  U.S.C. § 2254.

21        Venue for a habeas action is proper in either the district of confinement or the district of

22  conviction.  28 U.S.C. A. § 2241 (d).  However, it is preferable for petitions challenging a conviction

23  or sentence to be heard in the district of conviction while petitions challenging the manner in which the

24  sentence is being executed be heard in the district of confinement.  Dunne v. Henman, 875 F.2d 244, 249

25  (9th Cir. 1989).

26        In this case, the petitioner is challenging a conviction from Riverside County, which is in the

27  Central District of California.  Therefore, the petition should have been filed in the United States District

28  Court for the Central District of California.  In the interest of justice, a federal court may transfer a case

-1-

1  filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d

2  918, 932 (D.C. Cir. 1974).

3        Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

4  District Court for the Central District of California.

5

6  IT IS SO ORDERED.

7  **Dated:**   **May 6, 2009**             **/s/  William M. Wunderlich**
                                     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28